**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 31, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00352-CV

---

## IN RE A.B., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-76908**

---

## MEMORANDUM OPINION

On May 3, 2018, relator A.B. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris County, to set aside the April 23, 2018 temporary orders, designating Father as the person with the exclusive right to designate the primary residence of the child.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Jewell.